**Order entered January 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER, AND WORMINTON & BOLLINGER LAW FIRM, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER
Before Justices Bridges, Molberg, and Partida-Kipness

We **DENY** Appellant's motion for findings of fact and conclusions of law.


/Ken Molberg/
KEN MOLBERG
JUSTICE